United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 15-17335-WB
Mildred Bautista                                                          Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin          Page 1 of 1          Date Rcvd: Aug 17, 2015
                              Form ID: b18         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2015.
db            +Mildred Bautista,   4158 Somerset Dr #9,   Los Angeles, CA 90008-3432
smg            Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
36264703      +ACCOUNT RESOLUTION,   P.O. BOX 276,   DAYTON OH 45401-0276
36264706      +DEARDENS,   700 S MAIN ST,   LOS ANGELES CA 90014-2094
36264710      +ENHANCED RECOVERY,   10550 DEERWOOD PARK,   JACKSONVILLE FL 32256-0596
36264709       MACYS,   91 1 IDUKE BLVD,   MASON OH 45040
36264697      +MANDARICH LAW GROUP,   6301 OWENSMOUTH AVE,   SUITE 850,   WOODLAND HILLS CA 91367-2271
36264707      +ROYAL PRESTIGE,   333 HOLTZMAN ROAD,   MADISON Wl  53713-3954
36264700      +SADDLEBACK ACCEPTANCE,   2670 N MAIN ST # 250,   SANTAANA CA 92705-6653
36264698      +SUPERIOIR COURT OF CALIFORNIA,   COUNTY OF LOS ANGELES,   12720 NORWALK BLVD,
                NORWALK CA 90650-3189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QDAGILL.COM Aug 18 2015 02:03:00     David A Gill (TR),   Danning, Gill, Diamond & Kollitz,
                1900 Avenue of the Stars, 11th Floor,   Los Angeles, CA 90067-4699
smg            EDI: EDD.COM Aug 18 2015 02:03:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
                P.O. Box 826880,   Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Aug 18 2015 02:03:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
                P.O. Box 2952,   Sacramento, CA 95812-2952
intp           EDI: RECOVERYCORP.COM Aug 18 2015 02:03:00     Recovery Management Systems Corporation,
                25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
36264701      +EDI: BANKAMER.COM Aug 18 2015 02:03:00     BANK OF AMERICA,   P.O. BOX 1597,
                NORFOLK VA 23501-1597
36264705      +EDI: CHASE.COM Aug 18 2015 02:03:00     CHASE-BBUY,   P O BOX 15298,   WILMINGTON DE 19850-5298
36264708      +EDI: MID8.COM Aug 18 2015 02:03:00     MIDLAND FUNDING,   8875 AERO DR SUITE 200,
                SAN DIEGO CA 92123-2255
36264704      +EDI: PRA.COM Aug 18 2015 02:03:00     PORTFOLIO,   120 CORPORATE BLDV,   NORFOLK VA 23502-4962
36351852       EDI: RECOVERYCORP.COM Aug 18 2015 02:03:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
36264702      +EDI: SEARS.COM Aug 18 2015 02:03:00     SEARS,   P.O. BOX 1990,   TEMPE AZ 85280-1990
36264711      +EDI: VERIZONWIRE.COM Aug 18 2015 02:03:00     VERIZON,   ONE VERIZON PLACE,
                ALPHAREUA GA 30004-8510
36264699      +EDI: WFFC.COM Aug 18 2015 02:03:00     WELLS FARGO HOME MORTGAGE,   7495 NEW HORIZON WAY,
                FREDERICK MD 21703-8388
                                                                                     TOTAL: 12

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2015                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2015 at the address(es) listed below:
              David A Gill (TR)    trusteeECF@dgdk.com,   dgill@ecf.epiqsystems.com;DanningGill@Gmail.com
              Ramesh  Singh   on behalf of Interested Party   Recovery Management Systems Corporation
              claims@recoverycorp.com
              United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                                                                     TOTAL: 3

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
# Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

## <u>DISCHARGE OF DEBTOR</u>

**DEBTOR INFORMATION:**                                         **BANKRUPTCY NO.**  2:15–bk–17335–WB
Mildred Bautista

                                                                                          **CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–5774
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 8/17/15

**Address:**
4158 Somerset Dr #9
Los Angeles, CA 90008

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: August 17, 2015                                          **Kathleen J. Campbell**
                                                                                          Clerk of the Court

---

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.